## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER: 4:25-CR-019-CDL |
| ADRIAN POLLARD | |

### ORDER ON MOTION FOR CONTINUANCE

Defendant, Adrian Pollard has moved the Court to continue the pretrial conference and trial in this case, presently scheduled for Thursday, September 04, 2025 and trial in the September trial term. The Government does not oppose this motion. Defendant was arraigned on July 31, 2025 and is currently in custody. Additional time is needed for the pretrial investigation and to enter into plea negotiations between the defendant and government, if warranted.  The Court finds that it is in the interests of justice to allow the parties additional time to complete an investigation, and to explore possible plea negotiations, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a  miscarriage of justice. Accordingly, Defendant's Motion for Continuance [ECF no. 18  ] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's **March 2026 trial term**.  The delay occasioned by this continuance shall be deemed excludable pursuant  to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 28th day of August, 2025.

S/Clay D. Land_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA